# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE YAPILA DANIEL,<br><br>       Petitioner,<br><br>    v.<br><br>CHAD T. WOLF, Acting Secretary of Homeland Security, et al.,<br><br>       Respondents. | No. ED CV 20-208-PSG-MRW<br><br>[~~PROPOSED~~] **ORDER TO DISMISS WITHOUT PREJUDICE** |

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that Petitioner Jose Yapila Daniel's Petition for Writ of Habeas Corpus is withdrawn, and the case is dismissed without prejudice.

DATED: January 20, 2021

_____
HON. PHILIP S. GUTIERREZ
Chief United States District Judge

Presented by:
*/s/ David Menninger*
David Menninger
Deputy Federal Public Defender